# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

| | |
|---|---|
| Rafael Segovia, individually<br>　　　　Plaintiff<br><br>v.<br><br>FRIS CHKN, LLC.<br>a limited liability company<br>　　　　Defendant | Civil Action No.: 3:22-cv-105 |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed between the above-captioned Plaintiff Rafael Segovia ("Plaintiff") and Defendant FRIS CHKN, LLC. ("Defendant"), that all of Plaintiff's claims in the above-referenced cause of action are HEREBY DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

This Joint Stipulation of Dismissal shall be effective upon filing of same with the clerk of the Court in the above-styled and numbered proceeding.

Respectfully submitted,

_____
**John M. Lynch**
State Bar No. 24063968
John.Lynch@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
2100 Ross Ave., Ste. 2000
Dallas, Texas 75201
Telephone: 214.722.7100
Facsimile: 214.722.7111

**ATTORNEY FOR DEFENDANT
FRIS CHKN, LLC.**


 */s/ Duncan Strickland*
Duncan Strickland
Counsel for Plaintiff
State Bar No.: 24072374
1452 Hughes Road, #200
Grapevine, Texas 76051
Telephone: (214) 478-2753
Facsimile: (832) 218-4317
Duncan@StricklandLawFirm.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This shall verify that a true and correct copy of the above and foregoing document has been provided to the following counsel of record *via ECF* on this the 24th day of July, 2023.

Duncan Strickland
20333 State Hwy 249, #200
Houston, TX 77070
Email: Duncan@TexasLandLordAttorney.com
**ATTORNEY FOR PLAINTIFF**

_____
**John M. Lynch**